IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO NGWAZI WOOTEN,

      Plaintiff,                          No. CIV S-09-3127 EFB P

      vs.

TEMPORINI, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an incomplete affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a completed affidavit, nor has he submitted a certified copy of his trust account statement or the institutional equivalent.

////

Accordingly, plaintiff has 30 days from the date this order is served to submit the application required by § 1915(a), including the required trust account statement. Failure to comply with this order may result in this action being dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

DATED: November 18, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE