IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WOOTEN,

    Plaintiff,                        No. 2:09-cv-3127 KJN P

   vs.

TEMPORINI, et al.,

    Defendants.                  ORDER

_____/

        By order filed February 26, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On April 8, 2010, plaintiff was granted an additional thirty days in which to file an amended complaint. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 2, 2010

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

woot3127.fta

1